Wilenchik & Bartness (45)
2810 N. 3rd Street
Phoenix, Az 85004
Dennis I. Wilenchik   005350

In the United States District Court
in and for the District of Arizona

---

| | |
|---|---|
| Cheval Farm, LLC., | CAUSE NUMBER CV10-1327 |
| Plaintiff, | AFFIDAVIT OF RETURN OF SERVICE |
| Vs. | BY A PRIVATE PROCESS SERVER |
| Trevor William Chalon, | |
| Defendant. | |

---

STATE OF ARIZONA     )
COUNTY OF MARICOPA   )

Anthony Verdugo being first duly sworn, deposes and states; I am fully qualified to serve process in this cause, having been so appointed by the court. I received from: Dennis Wilenchik on 07/09/10 the documents described below:
Summons, Complaint.

I served true copies of these documents as established below:
Upon Serving Rita Chalon by leaving papers at her normal place of abode namely at 5240 E. Calle Del Ciervo, Tucson on 07-15-10 at 12:51 P.M. I walked up to Miss Chalon's door and saw her standing by the window talking on the phone I rang the doorbell several times but received no answer at the door so I left the papers at her door.
I charged the following fees as authorized by ARS 11-445,12303 and RCP 45(d):

```
 1 SERVICE    $    15.00
38 MILES      $    76.00
 1 NOTARY     $     8.00
 0            $     0.00
              =========
   TOTAL      $    99.00
```

_____
Affiant

Subscribed and Sworn to before me on: 07/16/10

_____
Notary Public

My Commission Expires 01/07/12

Southwest Delivery Solutions Inc.
Process Division
P O Box 83734   Phoenix   Az   85071
(602)-266-5577

OFFICIAL SEAL
JAY A. GARY
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 7, 2012