WILENCHIK & BARTNESS
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810       Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
Tyler Q. Swensen, #015322
tylers@wb-law.com
Attorneys for Plaintiffs

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **CHEVAL FARM, LLC, an Ohio limited liability corporation; STONE KEY CORP., an Ohio corporation,** | **CASE NO.   2:10-CV-01327-ROS-PHX** |
| **Plaintiffs,** | |
| **vs.** | **CORPORATE DISCLOSURE STATEMENT** |
| **TREVOR WILLIAM CHALON, an individual; DONALD CHALON and RITA CHALON, husband and wife; CHANGE INNOVATIONS, INC., a Nevada corporation; EQUATORIAL CAPITAL VENTURES GHANA HOLDINGS, LLC, an Arizona limited liability corporation; GEC AUTOMOTIVE LTD, a corporation; GLOBAL VIEW ADVISORS, LLC, a Florida limited liability corporation; GLOBAL VIEW CAPITAL FUND, a corporation; GLOBAL VIEW COPPER FUND, a corporation; GLOBAL VIEW MANAGEMENT, LLC, a Florida limited liability corporation; GLOBAL VIEW PARTNERS, LTD., a Florida limited liability corporation;  GLOBAL VIEW VENTURES, LTD., a corporation; SASAK POTTERY, a corporation; STONEHENGE CORPORATION, a corporation,** | **(Jury Trial Requested)** |
| **Defendants.** | |

This Corporate Disclosure Statement is filed on behalf of Cheval Farm, LLC and Stone Key Corp., Plaintiffs herein, in compliance with Rule 7.1, Federal Rules of Civil Procedure, which requires a nongovernmental corporate party to an action in a district court to file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of the corporate party's stock or states that there is no such corporation.

Plaintiffs have no parent corporations and there is no publicly held corporation that owns 10% or more of either Cheval Farm's or Stone Key Corp.'s stock.

**RESPECTFULLY SUBMITTED** this 27th day of July, 2010.

**WILENCHIK & BARTNESS, P.C.**


/s/ Tyler Q. Swensen
Dennis I. Wilenchik #005350
Tyler Q. Swensen #015322
Wilenchik & Bartness, P.C.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
*Attorneys for Plaintiffs*